IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN ENG,

    Plaintiff,

v.

JAMES DIMON, et al.,

    Defendants.

No. C-11-3173 MMC

**ORDER VACATING HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS**

    Before the Court are the (1) motion to dismiss filed April 2, 2012, by defendants JPMorgan Chase Bank, N.A., James Dimon, David B. Lowman, Frank Bisignano, and Kevin Cook ("JPMorgan Defendants"), and (2) motion to dismiss filed April 5, 2012, by defendants Quality Loan Service Corporation, Victoria Logan, Kevin R. McCarthy and Dave Owen ("Quality Loan Defendants"). No opposition to either motion has been filed. Having read and considered the papers filed in support of the motions, the Court deems the matters appropriate for decision thereon, and hereby VACATES the hearings scheduled respectively for May 11, 2012 and May 18, 2012.

    In light of the above, the Quality Loan Defendants' request, filed May 7, 2012, to appear telephonically at the May 18, 2012 hearing is hereby DENIED as moot.

    **IT IS SO ORDERED.**

Dated: May 9, 2012

MAXINE M. CHESNEY
United States District Judge