**United States District Court**
For the Northern District of California

1

2

3

4

5

6                         IN THE UNITED STATES DISTRICT COURT

7                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   MARTIN ENG,                                No. C-11-3173 MMC

              Plaintiff,                        **ORDER VACATING HEARINGS ON**
11                                              **DEFENDANTS' MOTIONS TO DISMISS**
         v.
12
     JAMES DIMON, et al.,
13
              Defendants.
14                                                       /

15

16        Before the Court are the (1) motion to dismiss filed April 2, 2012, by defendants

17   JPMorgan Chase Bank, N.A., James Dimon, David B. Lowman, Frank Bisignano, and

18   Kevin Cook ("JPMorgan Defendants"), and (2) motion to dismiss filed April 5, 2012, by

19   defendants Quality Loan Service Corporation, Victoria Logan, Kevin R. McCarthy and Dave

20   Owen ("Quality Loan Defendants").  No opposition to either motion has been filed.  Having

21   read and considered the papers filed in support of the motions, the Court deems the

22   matters appropriate for decision thereon, and hereby VACATES the hearings scheduled

23   respectively for May 11, 2012 and May 18, 2012.

          In light of the above, the Quality Loan Defendants' request, filed May 7, 2012,  to
24
     appear telephonically at the May 18, 2012 hearing is hereby DENIED as moot.
25
          **IT IS SO ORDERED.**
26

27
     Dated: May 9, 2012
28                                            _____
                                              MAXINE M. CHESNEY
                                              United States District Judge