IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN ENG,

    Plaintiffs,

v.

JAMES DIMON, et al.,

    Defendants.

No. C 11-3173 MMC

**ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO OPPOSE MOTIONS TO DISMISS**

    Before the Court is plaintiff Martin Eng's ("Eng") "Ex Parte Application for Extension of Time to Oppose Motions to Dismiss," filed May 8, 2012. No opposition to said application has been filed. Having read and considered the application, the Court rules as follows:

    1. Eng has shown good cause for an extension of time to oppose defendants' motions to dismiss, specifically to May 10, 2012, the date he filed the opposition.

    2. Defendants' replies to Eng's opposition, if any, shall be filed no later than May 25, 2012, on which date the matters will stand submitted.

    3. The case management conference, currently scheduled for June 1, 2012, is continued to August 17, 2012.

    **IT IS SO ORDERED.**

Dated: May 17, 2012

MAXINE M. CHESNEY
United States District Judge