IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN ENG,

        Plaintiffs,

  v.

JAMES DIMON, et al.,

        Defendants.

No. C 11-3173 MMC

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL**

      Before the Court is plaintiff Martin Eng's ("Eng") "Motion to Compel Defendants' Attorneys to Submit an Affidavit to this Court Stating Whether or Not They are Representing the Holder in Due Course and the Creditor in this Matter," filed May 14, 2012.

      The Court having read and considered the papers filed in support thereof, the motion is hereby DENIED, for the reason that Eng has not shown he first sought such information in any manner recognized under the Federal Rules of Civil Procedure.

      **IT IS SO ORDERED.**

Dated: May 18, 2012

                                         MAXINE M. CHESNEY
                                         United States District Judge