IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN ENG,

    Plaintiff,

v.

J.P. MORGAN CHASE BANK, N.A., et al.,

    Defendants.

No. C-11-3173 MMC

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

Before the Court is defendants' motion to dismiss, filed July 2, 2012, on the ground that plaintiff Martin Eng ("Eng") failed to timely file a Second Amended Complaint. Eng's Second Amended Complaint was timely filed on June 29, 2012,[1] but was not electronically posted until July 2, 2012, due to technical problems with the court's electronic filing system.

Accordingly, defendants' motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: July 5, 2012

    MAXINE M. CHESNEY
    United States District Judge

---

[1] In its order granting defendants' previous motion to dismiss, the Court set June 29, 2012 as the deadline for Eng to file a Second Amended Complaint.