United States District Court
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   MARTIN ENG,                              No. C-11-3173 MMC
10              Plaintiff,                    **ORDER DENYING DEFENDANTS'
                                             MOTION TO DISMISS**
11       v.
12  J.P. MORGAN CHASE BANK, N.A., et al.,
13              Defendants.
14  _____/
15          Before the Court is defendants' motion to dismiss, filed July 2, 2012, on the ground
16  that plaintiff Martin Eng ("Eng") failed to timely file a Second Amended Complaint.  Eng's
17  Second Amended Complaint was timely filed on June 29, 2012,[1] but was not electronically
18  posted until July 2, 2012, due to technical problems with the court's electronic filing system.
19          Accordingly, defendants' motion is hereby DENIED.
20          **IT IS SO ORDERED.**
21
22  Dated: July 5, 2012                       _____
23                                            MAXINE M. CHESNEY
                                             United States District Judge
24
25
26
27
28
    _____
            [1] In its order granting defendants' previous motion to dismiss, the Court set June 29,
    2012 as the deadline for Eng to file a Second Amended Complaint.