IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN ENG,

    Plaintiff,

  v.

JAMES DIMON, et al.,

    Defendants.
_____/

No. C-11-3173 MMC

**ORDER CONTINUING AUGUST 17, 2012 CASE MANAGEMENT CONFERENCE TO SEPTEMBER 14, 2012**

    In light of the pending Motion to Dismiss, the Case Management Conference currently scheduled for August 17, 2012 is hereby CONTINUED to September 14, 2012.

    The Case Management Conference having been continued, defendant Quality Loan Service Corporation's motion to appear telephonically at said conference is hereby DENIED as moot.

    **IT IS SO ORDERED.**

Dated: August 9, 2012

                                                              MAXINE M. CHESNEY
                                                              United States District Judge