IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN ENG,

    Plaintiff,

  v.

JAMES DIMON, et al.,

    Defendants.

No. C 11-3173 MMC

**ORDER VACATING HEARING ON DEFENDANTS' MOTIONS TO DISMISS**

    Before the Court is the motion, filed July 12, 2012, by defendant Quality Loan Service Corporation ("Quality Loan") to dismiss plaintiff Martin Eng's ("Eng") Second Amended Complaint ("SAC"). Also before the Court is the motion, filed July 16, 2012, by defendants JPMorgan Chase Bank, N.A. ("JPMorgan") and California Reconveyance Company to dismiss the SAC. Pursuant to the Civil Local Rules of this District, Eng's opposition to Quality Loan's motion was due no later than July 29, 2012, and Eng's opposition to JPMorgan's motion was due no later than August 2, 2012. See Civil L.R. 7-3 (providing "[t]he opposition must be filed and served not more than 14 days after the motion was filed"); Fed. R. Civ. P. 6(d) (providing 3 additional days to file where service of motion is made by mail). To date, no opposition has been filed.

    Accordingly, the Court deems the matter submitted on the moving papers and

hereby VACATES the hearing scheduled for August 24, 2012.[1]

**IT IS SO ORDERED.**

Dated: August 21, 2012

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] The hearing on the instant motions having been vacated, Quality Loan's motion to appear telephonically at said hearing is hereby DENIED as moot.