1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MARTIN ENG,                          No. C 11-3173 MMC

12              Plaintiff,                 **ORDER VACATING HEARING ON**
                                           **DEFENDANTS' MOTIONS TO DISMISS**
13       v.

14   JAMES DIMON, et al.,

15              Defendants.

16   _____/

17

18       Before the Court is the motion, filed July 12, 2012, by defendant Quality Loan

19   Service Corporation ("Quality Loan") to dismiss plaintiff Martin Eng's ("Eng") Second

20   Amended Complaint ("SAC").  Also before the Court is the motion, filed July 16, 2012, by

21   defendants JPMorgan Chase Bank, N.A. ("JPMorgan") and California Reconveyance

22   Company to dismiss the SAC.  Pursuant to the Civil Local Rules of this District, Eng's

23   opposition to Quality Loan's motion was due no later than July 29, 2012, and Eng's

24   opposition to JPMorgan's motion was due no later than August 2, 2012.  See Civil L.R. 7-3

25   (providing "[t]he opposition must be filed and served not more than 14 days after the motion

26   was filed"); Fed. R. Civ. P. 6(d) (providing 3 additional days to file where service of motion

27   is made by mail).  To date, no opposition has been filed.

28       Accordingly, the Court deems the matter submitted on the moving papers and

United States District Court

For the Northern District of California

1   hereby VACATES the hearing scheduled for August 24, 2012.[1]

2        **IT IS SO ORDERED.**

3
    Dated: August 21, 2012

4                                          MAXINE M. CHESNEY
                                           United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   _____

28        [1] The hearing on the instant motions having been vacated, Quality Loan's motion to appear telephonically at said hearing is hereby DENIED as moot.