IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN ENG,

        Plaintiff,

  v.

JAMES DIMON, et al.,

        Defendants.

                                            /

No. CV- 11-3173 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Defendants' motions to dismiss are, in each instance, hereby GRANTED.

Dated: August 27, 2012

                                          Richard W. Wieking, Clerk

                                          By: Tracy Lucero
                                          Deputy Clerk